UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

BRAD HOWARD AMMONS,

        Debtor.
_____/

Case No. 16-49885-tjt
Chapter 7
Judge Tucker

K. JIN LIM, TRUSTEE,

        Plaintiff,

v.

BRAD HOWARD AMMONS,

        Defendant.
_____/

Adversary Proceeding
No. 17-04171

## **CERTIFICATION OF SERVICE**

I certify that on February 28, 2017, I mailed by United States Postal Service the SUMMONS and COMPLAINT FOR DENIAL OF CHAPTER 7 DISCHARGE to:

| | |
|---|---|
| Brad Howard Ammons | Joshua B. Sanfield, Esq. |
| 2640 Hogan Way | Law Offices of Joshua B. Sanfield |
| Canton, MI 48188 | 28850 Mound Road |
| | Warren, MI 48092 |

1

BERNARDI, RONAYNE & GLUSAC, P.C.

Dated: February 28, 2017    /s/Rodney M. Glusac
Attorney for Plaintiff
1058 Maple Street
Suite 100
Plymouth, MI  48170
(734) 416-1780
rodg@brgpc.com
(P43756)