UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

BRAD HOWARD AMMONS,

        Debtor.
_____/

Case No. 16-49885-tjt
Chapter 7
Judge Tucker

K. JIN LIM, TRUSTEE,

        Plaintiff,

v.

BRAD HOWARD AMMONS,

        Defendant.
_____/

Adversary Proceeding
No. 17-04171

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff K. Jin Lim, Trustee, voluntarily dismisses this Adversary Proceeding pursuant to Fed. R. Bankr. P. 7041 and Fed.R. Civ. P. 41(a)(1), due to the fact that Defendant has provided Plaintiff with the documents that are the basis for the Complaint.

BERNARDI, RONAYNE & GLUSAC, P.C.

Dated: April 25, 2017

/s/Rodney M. Glusac
Attorneys for Plaintiff
1058 Maple Street, Suite 100
Plymouth, MI 48170
(734) 416-1780
rodg@brgpc.com
(P43756)