UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

BRAD HOWARD AMMONS,

Debtor.
_______________________________________/

Case No. 16-49885-tjt
Chapter 7
Judge Tucker

K. JIN LIM, TRUSTEE,

Plaintiff,

v.

BRAD HOWARD AMMONS,

Defendant.
_______________________________________/

Adversary Proceeding
No. 17-04171

**JOINT STATEMENT CONCERNING DISMISSAL OF ADVERSARY PROCEEDING PURSUANT TO E.D. MICH. LBR 7041-1**

Plaintiff K. Jin Lim, Trustee, has agreed to voluntarily dismisses this Adversary Proceeding in which she requested that Defendant's Chapter 7 discharge be denied pursuant to 11 U.S.C. §§ 727(a)(3), (4)(D), & (5), due to the fact that Defendant has provided Plaintiff with the documents that are the basis for the Complaint. Plaintiff has received no consideration, nor is any consideration to be received by Plaintiff, from Defendant or any other person or entity.

BERNARDI, RONAYNE &
GLUSAC, P.C.

/s/ Rodney M. Glusac
Attorneys for Plaintiff
1058 Maple Street
Suite 100
Plymouth, MI 48170
(734) 416-1780
rodg@brgpc.com
(P43756)

LAW OFFICES OF JOSHUA B.
SANFIELD. P.L.L.C.

/s/ Joshua B. Sanfield
Attorney for Defendant
28850 Mound Road
Warren, MI 48092
(586) 573-9000
joshuasanfield@gmail.com
(P66184)

Dated: May 1, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

BRAD HOWARD AMMONS,

Debtor.
_____________________________________/

Case No. 16-49885-tjt
Chapter 7
Judge Tucker

K. JIN LIM, TRUSTEE,

Plaintiff,

v.

BRAD HOWARD AMMONS,

Defendant.
_____________________________________/

Adversary Proceeding
No. 17-04171

**NOTICE OF JOINT STATEMENT CONCERNING DISMISSAL OF ADVERSARY PROCEEDING PURSUANT TO E.D. MICH. LBR 7041-1**

Plaintiff K. Jin Lim, Trustee, has agreed to voluntarily dismisses this Adversary Proceeding in which she requested that Defendant's Chapter 7 discharge be denied pursuant to 11 U.S.C. §§ 727(a)(3), (4)(D), & (5), due to the fact that Defendant has provided Plaintiff with the documents that are the basis for the Complaint. Plaintiff has received no consideration, nor is any consideration to be received by Plaintiff, from Defendant or any other person or entity.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to relief sought, or if you want the court to consider your views on the relief sought, **within 14 days**, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
211 West Fort Street
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also send a copy to:

Rodney M. Glusac (See address below)
Joshua B. Sanfield (See address below)

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

BERNARDI, RONAYNE & GLUSAC, P.C.

/s/ Rodney M. Glusac
Attorneys for Trustee
1058 Maple Street, Suite 100
Plymouth, MI 48170
(734) 416-1780
rodg@brgpc.com
(P43756)

LAW OFFICES OF JOSHUA B. SANFIELD. P.L.L.C.

/s/ Joshua B. Sanfield
Attorney for Debtor
28850 Mound Road
Warren, MI 48092
(586) 573-9000
joshuasanfield@gmail.com
(P66184)

Dated: May 1, 2017

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

BRAD HOWARD AMMONS,

Debtor.
______________________________________/

Case No. 16-49885-tjt
Chapter 7
Judge Tucker

K. JIN LIM, TRUSTEE,

Plaintiff,

Adversary Proceeding
No. 17-04171

v.

BRAD HOWARD AMMONS,

Defendant.
______________________________________/

## CERTIFICATION OF SERVICE

I certify that on May 1, 2017, I electronically filed the Joint Statement Concerning Dismissal of Adversary Proceeding Pursuant E.D. Mich. LBR 7041-1 (the "Joint Statement") and the Notice of Joint Statement with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

- **None**

and I certify that on May 1, 2017, I have mailed by United States Postal Service the Notice of Joint Statement to the following non-ECF participants:

See Attached List

BERNARDI, RONAYNE & GLUSAC, P.C.

Dated: May 1, 2017

/s/Rodney M. Glusac
Attorneys for Plaintiff
1058 Maple Street
Suite 100
Plymouth, MI 48170
(734) 416-1780
rodg@brgpc.com
(P43756)

Label Matrix for local noticing
0645-2
Case 16-49885-tjt
Eastern District of Michigan
Detroit
Mon May 1 13:47:50 EDT 2017

Brad Howard Ammons
2640 Hogan Way
Canton, MI 48188-6302

Anthony Yono
22804 Orchard Lake Rd.
Farmington, MI 48336-3229

Brain Bushey & Deli Direct, LLC
c/o B.O.C. Law Group, P.C.
24100 Woodward Ave.
Pleasant Ridge, MI 48069-1138

Brian Bushey
12882 Farmington Rd.
Livonia, MI 48150-1603

CACH, LLC
c/o G. Reynolds Sims & Assoc., P.C.
2075 W. Big Beaver Rd., Ste. 200
Troy, MI 48084-3438

Cach LLC, c/o 35th District Court
660 Plymouth Rd.
Plymouth, MI 48170-1891

Capital One Bank USA
P.O. Box 30281
Salt Lake City, UT 84130-0281

Client Services, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO 63301-9816

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

FMA Alliance, LTD
12339 Cutten Rd.
Houston, TX 77066-1807

FMC Omaha Service Center
P.O. Box 542000
Omaha, NE 68154-8000

Ford Credit
P.O. Box 542000
Omaha, NE 68154-8000

Ford Motor Credit
P.O. Box 6248
Dearborn, MI 48121-6248

Ford Motor Credit Company
Shermeta Law Group, P.C.
P.O. Box 5016
Rochester Hills, MI 48308-5016

Rodney M. Glusac
1058 Maple Street
Suite 100
Plymouth, MI 48170-1996

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

K. Jin Lim
176 S. Harvey
Plymouth, MI 48170-1616

Michigan Educational Credit Union
9373 Middlebelt Road
Livonia, MI 48150-3060

Mid America Bank & Trust
216 W. 2nd St.
Dixon, MO 65459-8048

Joshua Sanfield
Law Offices of Joshua B. Sanfield
28850 Mound Rd.
Warren, MI 48092-5510

Shermeta Law Group, P.C.
P.O. Box 5016
Rochester, MI 48308-5016

Spark Financial
1305 W. Auto Dr.
Tempe, AZ 85284-1026

Swift Financial
111 Center St.
New York, NY 10013-4390

Swift Financial Corporation DBA Swift CA
501 Carr Rd., #301
Wilmington, DE 19809-2866

U.S. Attorney
Attn.: Civil Division
211 W. Fort St., Ste. 2001
Detroit, MI 48226-3220

U.S. Trustee
211 W. Fort St., Ste. 700
Detroit, MI 48226-3263

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Bank
P.O. Box 15316
Wilmington, DE 19850

Internal Revenue Service
P.O. Box 21125
Philadelphia, PA 19114

(d)Internal Revenue Service
SBSE / Insolvency Unit
P.O. Box 330500, Stop 15
Detroit, MI 48232-6500

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 27 |
| Bypassed recipients | 0 |
| Total | 27 |